Hannah J. Makinde (State Bar # 307907)
SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
Facsimile: (213) 623-4581
hannah.makinde@squirepb.com

*Attorney for Defendants*
*Carvana, LLC, Bridgecrest*
*Acceptance Corporation, and*
*Daybreak Metro, Inc.*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSHUA COBB,<br><br>                    Plaintiff,<br><br>        v.<br><br>CARVANA, LLC; BRIDGECREST ACCEPTANCE CORPORATION; and DAYBREAK METRO, INC.,<br><br>                    Defendants. | Case No. 2:26-cv-00669-DJC-JDP<br><br>**STIPULATION AND ORDER TO SUBMIT MATTER TO ARBITRATION AND STAY ACTION** |

Plaintiff Joshua Cobb ("Plaintiff") and Defendants Carvana, LLC, Bridgecrest Acceptance Corporation, and Daybreak Metro, Inc, ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree that the claims in this matter must proceed through arbitration administered by the American Arbitration Association ("AAA") pursuant to the terms of the arbitration agreement between the parties.  The parties thus jointly request that this Court enter the following order staying this action pending completion of the arbitration.

THE PARTIES HAVING STIPULATED AND GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The parties' stipulation is approved and granted;

2.    The parties will arbitrate the claims in this action through AAA consistent with the arbitration agreement between the parties;

3.     The matter shall be stayed pending arbitration between Plaintiffs and Defendant;

4.    The United States District Court, Eastern District of California, shall retain jurisdiction of this matter pending completion of the arbitration.

**IT IS SO STIPULATED.**

Dated:  April 15, 2026

SQUIRE PATTON BOGGS (US) LLP

By _____ */s/ Hannah J. Makinde* _____
Hannah J. Makinde
Attorney for Defendants Carvana, LLC,
Bridgecrest Acceptance Corporation, and
Daybreak Metro, Inc.

Dated:  April 15, 2026

Marcus & Zellman, LLC

By */s/Yitzchak Zelman* (as authorized on 4/14/2026)
Yitzchak Zelman
Attorney for Plaintiff Joshua Cobb

-1-

1107181221\1\AMERICAS

IT IS HEREBY ORDERED THAT:

1.   The parties' stipulation is approved and GRANTED;

2.   The parties will arbitrate the claims in this action through AAA consistent with the arbitration agreement between the parties;

3.   The matter shall be STAYED pending arbitration between Plaintiffs and Defendant;

4.   The parties shall file a joint status report advising the Cout on the outcome of arbitration within fourteen (14) days after conclusion of proceedings;

5.   The United States District Court, Eastern District of California, shall retain jurisdiction of this matter pending completion of the arbitration.

6.   The Clerk of Court shall administratively close this case.

**IT IS SO ORDERED**

Dated:  April 15, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

CBM-SF\SF529304                -2-

STIPULATION AND ORDER TO SUBMIT MATTER TO ARBITRATION AND STAY ACTION

1107181221\1\AMERICAS